NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**CANEX INTERNATIONAL LUMBER SALES, LTD.,**
*Defendant-Appellant,*

v.

**XL SPECIALITY INSURANCE COMPANY,**
*Defendant-Appellee.*

---

2012-1027

---

Appeal from the United States Court of International Trade in case no. 06-CV-0141, Judge Jane A. Restani.

---

**ON MOTION**

---

# ORDER

Canex International Lumber Sales, Ltd. moves without opposition for an extension of time, until April 16, 2012, to file its initial brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 2 1 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Aimee Lee, Esq
Joel R. Junker, Esq.
T. Randolph Ferguson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2012

JAN HORBALY
CLERK